**Serfain Alejandro Mendoza LARA, Petitioner,**

v.

**Eric H. HOLDER, Jr., Attorney General, Respondent.**

No. 10–73707.

United States Court of Appeals, Ninth Circuit.

Submitted Oct. 15, 2013.*

Filed Oct. 22, 2013.

Judith Seeds Miller, Law Office of David Neumeister, Bakersfield, CA, for Petitioner.

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Paul Fiorino, Senior Litigation Counsel, Karen L. Melnik, Trial, Oil, U.S. Department Of Justice, Washington, DC, Chief Counsel Ice, Office of the Chief Counsel Department of Homeland Security San Francisco, CA, for Respondent.

Before: FISHER, GOULD, and BYBEE, Circuit Judges.

MEMORANDUM **

Serfain Alejandro Mendoza Lara, a native and citizen of Mexico, petitions for review of the Board of Immigration Appeals' ("BIA") order dismissing his appeal from an immigration judge's removal order. We have jurisdiction under 8 U.S.C. § 1252. We review for substantial evidence the agency's findings of fact, *Blanco v. Mukasey,* 518 F.3d 714, 718 (9th Cir. 2008), and we deny the petition for review.

Substantial evidence supports the BIA's determination that Mendoza Lara was inadmissible under 8 U.S.C. § 1182(a)(6)(C)(ii) because he made a false claim to being a United States citizen in April 2005. *See* 8 U.S.C. § 1252(b)(4)(B); *Blanco,* 518 F.3d at 720–21.

In light of this disposition, we need not reach Mendoza Lara's contentions concerning the January 2005 claim to citizenship nor his contention regarding res judicata.

Contrary to Mendoza Lara's contention, it was not necessary for the BIA to ad-

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

dress his challenge to the admissibility of the I–213 and G–166 where the BIA relied on the "Record of Sworn Statement" dated April 4, 2005, to determine Mendoza Lara was inadmissible.

**PETITION FOR REVIEW DENIED.**

---

* The panel unanimously concludes this case is suitable for decision without oral argument; therefore, Torres–Verduzco's request for oral argument is denied. *See* Fed. R.App. P. 34(a)(2).

---

*** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.